[No. 11716-9-II.  Division Two.  May 12, 1989.]

*In the Matter of* ANNIE LEE ROGERS.

Appeal from a judgment of the Superior Court for Pierce County, No. 18557, David H. Johnson, J. Pro Tem., entered

September 10, 1987. *Dismissed* by unpublished per curiam opinion.